IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH E. BAPTISTE,

        Plaintiff,                      No. CIV S-08-1420 KJM P

   vs.

G. DUNN, et al.,

        Defendants.             ORDER

                                          /

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff has also filed a motion for relief from the court's order directing him to file a request to proceed in forma pauperis or pay the filing fee; he cites Rule 60(b)(1)&(4) and argues that he gave his request to complete the in forma pauperis forms to the prison.  The

1

court's docket reflects that his request to proceed without prepayment of fees was filed on July 28, 2008.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (docket no. 9) is denied; and

2. Plaintiff's motion for relief from an order (docket no. 8) is denied as moot.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

2/ke
bapt1420.31