**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENNETH E. BAPTISTE, | ) | 2:08-cv-01420-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| G. DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Petitioner Baptiste has filed a motion to reconsider this court's order dismissing his claims against all defendants with leave to file an amended complaint as to defendants Dr. G. Dunn, Dr. C. Hobson and Dr. D. Simpson only. In his motion, petitioner also asks this court for leave to amend his complaint as to all defendants. The court hereby DENIES petitioner's motion to reconsider in all respects. Petitioner may amend his complaint as to the following parties *only*: Dr. G. Dunn, Dr. C. Hobson and Dr. D. Simpson.

1

1  Petitioner has also filed a motion for enlargement of time.
2 The court will GRANT petitioner's motion for enlargement of time.
3 Petitioner shall have thirty (30) days from this order in which to
4 file his first amended complaint.
5  IT IS SO ORDERED.
6  DATED: This 1st day of September, 2009.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE