**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH E. BAPTISTE, ) Petitioner, ) vs. ) G. DUNN, et al., ) Respondents. ) _____) | 2:08-cv-001420-HDM-RAM **ORDER** |

On December 9, 2009, petitioner Kenneth Baptiste filed a document entitled "Notice of Intent" (#20), in which he has elected to *not* file an amended complaint as directed by this court in its order dated July 16, 2009.

The court's July 16, 2009 order is hereby amended by substituting the following for lines 21-23 of page 14: "Failure to file an amended complaint will result in the dismissal of this action."

The court's order is reconfirmed as amended and petitioner's complaint is DISMISSED.

It is so ORDERED.

DATED: This 14th day of December, 2009.

 _____
 United States District Judge

1