IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EMANUEL BAPTISTE, | |
|     Plaintiff - Appellant, | 2:08-cv-01420-HDM-RAM |
|     vs. | C/A # 09-17146 |
| G. DUNN, *et al.*, | **ORDER ON MANDATE** |
|     Defendants - Appellees. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on October 22, 2009 issued its mandate affirming the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 21st day of January, 2010.

*Howard D. McKibben*
_____
United States District Judge