IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH EMANUEL BAPTISTE,

     Plaintiff - Appellant,        2:08-cv-01420-HDM-RAM

     vs.                       C/A # 10-15390

G. DUNN, *et al.*,           **ORDER ON MANDATE**

     Defendants - Appellees.

_____/

     The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on May 18, 2010 issued its mandate dismissing the appeal for lack of jurisdiction, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

     DATED this 10th day of June, 2010.

_____
United States District Judge