**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENNETH E. BAPTISTE, | ) | 2:08-cv-00140-HDM-RAM |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| G. DUNN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

On May 19, 2010, the Court of Appeals dismissed petitioner's appeal for lack of jurisdiction. (#29) The Court of Appeals mandate was issued on June 9, 2010, which was beyond the date (March 2, 2010) allowed by this court for petitioner to amend his complaint as stated in this court's February 1, 2010 order granting petitioner leave to amend.

Accordingly, petitioner will have until July 12, 2010 to amend his complaint as to defendants G. Dunn, C. Hobson, and D. Simpson, should the petitioner elect to do so.

It is so ORDERED.

DATED: This 10th day of June, 2010.

_____
United States District Judge

1