UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH E. BAPTISTE, | ) | 2:08-cv-001420-HDM-RAM |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| G. DUNN, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

On July 16, 2009, this court entered an order dismissing petitioner Kenneth Baptiste's complaint at screening with leave to file an amended complaint as to defendants G. Dunn, C. Hobson, and D. Simpson. The order also stated that petitioner's failure to file an amended complaint would result in the dismissal of this action.

On August 10, 2009, petitioner filed a motion to reconsider this court's July 16, 2009 order. He also filed a motion for an enlargement of time in which to file an amended complaint if the court should deny his motion to reconsider.

On September 1, 2009, this court entered an order denying petitioner's motion to reconsider and granting him a thirty (30) day extension of time in which to file an amended complaint.

On September 25, 2009, petitioner filed a notice of appeal.

1

On October 22, 2009, the Ninth Circuit Court of Appeals ruled that it lacked jurisdiction over this matter because dismissal of a complaint with leave to amend is not appealable. *See WMX Techs, Inc. v. Miller,* 104 F.3d 1133, 1136 (9th Cir. 1997).

On December 9, 2009, petitioner filed a document entitled "Notice of Intent", in which he elected to *not* file an amended complaint as directed by this court in its July 16, 2009 screening order.  He also requested that this court enter an order dismissing this action.

On December 14, 2009, this court entered an order dismissing petitioner's complaint. However, at that time, the Rule 41(a) mandate from the Ninth Circuit Court of Appeals had not been issued.  It was not until January 19, 2010 that the Court of Appeals entered a mandate stating "[t]he judgment of this Court, entered October 22, 2009, takes effect this date."  This court signed the order on the mandate on January 22, 2010.

On February 1, 2010, this court granted petitioner an additional thirty (30) days in which to file an amended complaint should he elect to do so.

On May 19, 2010, the Court of Appeals dismissed petitioner's appeal for lack of jurisdiction.  The Court of Appeals mandate was issued on June 9, 2010, which was beyond the date (March 2, 2010) allowed by this court for petitioner to amend his complaint as stated in this court's February 1, 2010 order granting petitioner leave to amend.

On June 10, 2010, this court granted petitioner additional time, until July 12, 2010, in which to amend his complaint in accordance with its July 16, 2009 order.

On June 14, 2010, petitioner filed a document entitled "Notice of Intent" in which he, again, elected to *not* file an amended complaint as directed by this court in its July 16, 2009 order and requested that this court enter an order dismissing this action.

Petitioner has advised the court that he does *not* intend to file an amended complaint in accordance with this court's July 16, 2009 order.  Accordingly, petitioner's complaint is hereby DISMISSED for the reasons set forth in its July 16, 2009 order.

It is so ORDERED.

DATED: This 17th day of June, 2010.

_____
United States District Judge