IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH EMANUEL BAPTISTE,

    Plaintiff - Appellant,                2:08-cv-01420-HDM-RAM

    vs.                                        C/A # 10-16492

G. DUNN, *et al.*,                         **ORDER ON MANDATE**

    Defendants - Appellees.

_____/

    The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on August 18, 2011 issued its mandate affirmed in part, reversed in part, vacated in part and remanded in part, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

    DATED this 13th day of September, 2011.

*[signature: Howard D McKibben]*

United States District Judge