UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH EMANUEL BAPTISTE, | ) | 2:08-cv-01420-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| G. DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Before the court is an order from the Court of Appeals affirming in part and reversing in part this court's judgment dismissing plaintiff's 42 U.S.C. § 1983 action alleging deliberate indifference to dental needs. (Docket No. 41)  In affirming, the Court of Appeals found that plaintiff had failed to state a claim regarding the delay in replacing his dentures because he did not sufficiently alleged harm associated with the delay.  It also affirmed this court's dismissal of plaintiff's claims as to defendant Kimura-Yip.  In reversing, the Court of Appeals found that plaintiff had stated a claim of deliberate indifference as to all defendants except Kimura-Yip regarding the denial of treatment for his periodontal disease.  The case was remanded to the district

court for further proceedings in accordance with the Court of Appeals' order.

Accordingly, the court finds:

1.  All of plaintiff's claims against defendant Kimura-Yip are dismissed for the same reasons set forth in the court's July 17, 2009 order. (Docket No. 13)

2.  The plaintiff has stated a claim of deliberate indifference against defendants G. Dunn, C. Hobson, D. Simpson, C. Gallegori, R. Christie, R.J. Leo, Acquaviva, and T. Felker regarding the denial of treatment for his periodontal disease and those claims may proceed.

3.  The plaintiff has failed to state a claim against the defendants regarding the delay in replacing his dentures because he did not sufficiently allege harm associated with the delay.

4.  The plaintiff shall have thirty (30) days from the date of this order to amend his complaint against defendants G. Dunn, C. Hobson, D. Simpson, C. Gallegori, R. Christie, R.J. Leo, Acquaviva, and T. Felker *only* to allege what harm, if any, was caused by the delay in replacing his dentures.

**IT IS SO ORDERED.**

DATED: This 4th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE