IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH E. BAPTISTE

     Plaintiff,                      No.  2:08-cv-1420 KJM CKD P

     vs.

G. DUNN, et al.,

     Defendants.              ORDER

                                /

        Plaintiff has requested an extension of time until September 10, 2012 to file a response to defendants U. Acquaviva, G. Dunn, T. Felker, C. Gallegori, R.J. Leo and D. Simpson's motion to dismiss.  Good cause appearing, the motion for an extension of time will be granted.

        Additionally, defendants R. Christie and C. Hopson filed a motion to dismiss on June 29, 2012 along with a declaration of service.  On July 3, 2012, plaintiff filed a notice of a change of address.  Plaintiff has not responded to the motion to dismiss filed by R. Christie and C. Hopson to date.  In light of the fact that plaintiff filed his notice of a change of address so close to the period that defendants R. Christie and C. Hopson filed their motion to dismiss, defendants R. Christie and C. Hopson shall be ordered to reserve their motion to dismiss on the plaintiff at his current address.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 16, 2012 motion for an extension of time to file an opposition to defendants U. Acquaviva, G. Dunn, T. Felker, C. Gallegori, R.J. Leo and D. Simpson's motion to dismiss is GRANTED;

2. Plaintiff shall have until September 10, 2012 in which to file and serve his response to defendants U. Acquaviva, G. Dunn, T. Felker, C. Gallegori, R.J. Leo and D. Simpson's motion to dismiss;

3. Defendants R. Christie and C. Hopson shall reserve on plaintiff a copy of their motion to dismiss which was filed on June 29, 2012 within seven (7) days of the date of this order and shall file a proof of service of their motion to dismiss within seven (7) days of the date of this order; and

4. Plaintiff shall have until September 27, 2012 to respond to defendants R. Christie and C. Hopson's motion to dismiss.

Dated: August 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
bapt1420.36(2)