IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH E. BAPTISTE,

    Plaintiff,                        No. 2:08-cv-1420 KJM CKD P

    vs.

G. DUNN, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff, a state prisoner, proceeds pro se with a first amended civil rights complaint filed pursuant to 42 U.S.C. § 1983. On March 30, 2013, the district judge assigned to this case adopted the magistrate judge's findings and recommendations in full, granting in part, and denying in part defendants' motion to dismiss. Plaintiff now proceeds with Eighth Amendment claims against defendants Hopson and Simpson in their individual capacity and with injunctive relief claims against defendants Felker and Leo in their official capacity. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), defendants have fourteen days after the entry of that ruling in which

\\\\\

\\\\\

\\\\\

\\\\\

to file a responsive pleading.  Accordingly, IT IS HEREBY ORDERED THAT defendants shall file a responsive pleading to the first amended complaint on or before April 15, 2013.

Dated: April 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
bapt1420.31