IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH E. BAPTISTE,

    Plaintiff,               No.  2:08-cv-1420 KJM CKD P

    vs.

G. DUNN, et al.,

    Defendants.        ORDER

_____/

        On April 15, 2013, plaintiff filed a motion styled as a motion for relief from order, construed as a motion for reconsideration of the magistrate judge's order filed April 1, 2013, denying plaintiff's motion for appointment of counsel.  Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 1, 2013, is affirmed.

DATED: July 23, 2013.

_____
UNITED STATES DISTRICT JUDGE