UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. BAPTISTE,<br><br>              Plaintiff,<br><br>     v.<br><br>G. DUNN, et al.,<br><br>              Defendants. | No.  2:08-cv-1420 KJM CKD P<br><br><br>ORDER |

On October 21, 2013, plaintiff filed a motion in which he asks that the court order certain defendants to provide further responses to certain discovery requests.  The deadline for filing motions to compel passed on August 9, 2013 (see ECF No. 89), and plaintiff has failed to explain his untimely filing. Therefore, IT IS HEREBY ORDERED that plaintiff's October 21, 2013 motion to compel (ECF No. 93) is denied.

Dated:  October 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bapt1420.mtc