UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. BAPTISTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>G. DUNN, et al.,<br><br>　　　　　　Defendants. | No.  2:08-cv-1420 KJM CKD P<br><br><br>ORDER |

On February 12, 2014, plaintiff filed a motion for summary judgment.  However, the deadline for filing motions for summary judgment was November 1, 2013.  Plaintiff did not obtain an extension of time within which to file a motion for summary judgment, nor has he sought leave to file late.  Therefore, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 103) shall be disregarded.  The Clerk of the Court is directed to administratively terminate the motion.

Dated:  February 18, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
bapt1420.dsj