UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. BAPTISTE,<br><br>    Plaintiff,<br><br>    v.<br><br>G. DUNN, et al.,<br><br>    Defendants. | No. 2:08-cv-1420 KJM CKD P<br><br><br><br>ORDER |

On February 18, 2014, the court ordered that the motion for summary judgment filed by plaintiff on February 12, 2014 be disregarded as untimely. A review of the court's docket precipitated by the document filed by plaintiff on March 3, 2014 reveals plaintiff sought an extension of time to file his motion for summary judgment before the deadline for filing such motions passed. See ECF No. 97. Accordingly, IT IS HEREBY ORDERED that:

1. The order entered by the court of February 18, 2014 is vacated;

2. Plaintiff's request for an extension of time to file a motion for summary judgment (ECF No. 97) is granted;

3. Plaintiff's motion for summary judgment (ECF No. 103) is deemed timely; and

/////

/////

/////

4. Defendants shall file a response to plaintiff's motion for summary judgment within 21 days.

Dated:  March 6, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bapt1420.psj